

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-13-00832-CV

Osiela G. **VILLARREAL,** Individually and as Representative of the Estate of Jose Rodriguez, Deceased and as Next Friend of Nayeli M. Rodriguez and Noemi M. Rodriguez, Minor Children and Marisela Trevino Rodriguez,
Appellants

v.

**TROY CONSTRUCTION LLC,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVT-001888-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Appellants' second unopposed motion for leave to extend time to file brief is hereby GRANTED. Time is extended to March 17, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court